UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHILOH HEAVENLY QUINE,
*formerly known as*
Rodney James Quine,

        Petitioner,

v.

A. OLA, et al,

        Respondents.

Case No. 24-cv-01202 NC (PR)

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Jon S. Tigar to determine whether it is related to Case No. 14-cv-2726 JST, *Shiloh H. Quine v. Damien D. Olive, et al.*

**IT IS SO ORDERED.**

DATED: March 6, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Judicial Referral
PRO-SE\NC\HC 2024\01202Quine_relate-case